UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES HERCEG, *on behalf of herself and all others similarly situated*,

          Plaintiff,

v.

CHOBANI, LLC,

          Defendant.

No. 22-CV-5137 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    At a Conference held before the Court on November 20, 2023, the Court adopted the following briefing schedule:

    Defendant's Motion To Dismiss will be due no later than January 10, 2024.  Plaintiff's opposition will be due no later than February 7, 2024, and Defendant's reply will be due no later than February 28, 2024.

SO ORDERED.

Dated:   November 20, 2023
          White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge