UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGNES HERCEG, on behalf of herself and all others similarly situated,<br><br>     *Plaintiff*,<br><br>v.<br><br>CHOBANI, LLC,<br><br>     *Defendant*. | Case No.: 22-CV-5137-KMK<br><br>Hon. Kenneth M. Karas |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT CHOBANI, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate by and through the undersigned counsel that the claims in the above-captioned matter are voluntarily dismissed with prejudice.

Dated: April 9, 2024

**ESBROOK P.C.**

/s/
Christopher J. Esbrook
321 N. Clark Street, Suite 1930
Chicago, IL 60654
(312) 319-7681
Christopher.esbrook@esbrook.com

**RICHMAN LAW & POLICY**

Kim E. Richman
1 Bridge Street, Suite 83 Irvington,
NY 10053
(718) 705-4579
Krichman@richmanlawpolicy.com

*Attorneys for Plaintiff*

1

*[signature: Jamie Levitt]*

**MORRISON FOERSTER**
Jamie Levitt
Adam Hunt
250 West 55th Street
New York, NY 10019
JLevitt@mofo.com
AdamHunt@mofo.com

*Attorneys for Defendant*